# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

RONALD AND SUSAN MEDVED,    :   No. 158 WAL 2015

       Petitioners    :

                     :   Petition for Allowance of Appeal from
                     :   the Order of the Superior Court

       v.    :

AUTO SHOWER II, INC.,    :

       Respondent    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of September, 2015, the Petition for Allowance of Appeal is **DENIED**.